```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675040714
Cashier ID: amorgan
Transaction Date: 04/14/2016
Payer Name: Dickinson Wright
--------------------------------
CIVIL FILING FEE
 For: Dickinson Wright
 Amount:         $400.00
--------------------------------
CHECK
 Check/Money Order Num: 3661
 Amt Tendered:   $400.00
--------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

3:16-cv-740
```