UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:16-0740 |
| v. ) | Judge Crenshaw/Bryant |
| ) | |
| GEOFFREY ROEBUCK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 6).

An initial case management conference is set on **Monday, June 27, 2016, at 11:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a joint proposed case management order three (3) business days prior to the conference.

It is so **ORDERED**.

_____
JOHN S. BRYANT
United States Magistrate Judge