AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

DINA CAPITANI

*Plaintiff*

v.

GEOFFREY ROEBUCK AND CATHY ROEBUCK

*Defendant*

Civil Action No.

3　16　0740

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CATHY ROEBUCK
3348 EL SUYO DR
SAN RAMON, CA 94583-3032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　Autumn L. Gentry
　　Dickinson Wright PLLC
　　Fifth Third Center, Suite 1401
　　424 Church Street
　　Nashville, TN 37219
　　(615)244-6538

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 14 2016

CLERK OF COURT　KEITH THROCKMORTON

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Case 3:16-cv-00740　Document 8　Filed 06/14/16　Page 1 of 2 PageID #: 50

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Defendant Cathy Roebuck**
was received by me on *(date)* **4/14/2016**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because **the certified mailing was returned unclaimed on May 24, 2016** ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/14/2016**

*Server's signature*

**Autumn L. Gentry, Attorney**
*Printed name and title*

**Dickinson Wright, 424 Church St, Ste 1401
Nashville, TN 37219**
*Server's address*

Additional information regarding attempted service, etc: