# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Dina Capitani, | ) |
| | ) Case No. 3:16-cv-0740 |
| Plaintiff, | ) |
| | ) Judge Crenshaw |
| v. | ) Magistrate Judge Frensley |
| | ) |
| Geoffrey Roebuck and Cathy Roebuck, | ) |
| | ) |
| Defendants | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Request for Entry of Default against Defendants (Docket Entry No. 27). Defendants have been served via email with the approval of the Court (Docket Entry No. 21) and have failed to respond to the complaint against them within the time period permitted by law. Plaintiff has not provided affidavits of military service for the defendants. However, the record in this case demonstrates that Defendants are engaged in commercial enterprises and are believed to be in China at the present time. Given the unique circumstances of the case, the Clerk will take notice that Defendants are not currently engaged in active duty military service. Accordingly, the entry of default is appropriate and is hereby granted by the Clerk pursuant to Federal Rule of Civil Procedure 55(a). Default judgment may now be sought pursuant to the appropriate subsection of Federal Rule of Civil Procedure 55(b). The case administrator for this case is directed to provide notice and a copy of this entry of default to Defendants via email at the address at which service was made by Plaintiff – GeoffreyRoebuck@yahoo.com.

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court