IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI )<br>    Plaintiff(s) )<br>)<br>v. )<br>)<br>GEOFFREY ROEBUCK and )<br>CATHY ROEBUCK )<br>    Defendant(s) ) | Case No. 3:16-0740<br>Judge Crenshaw/Frensley |

**O R D E R**

Pursuant to the Entry of Default by the Clerk of Court (Docket No. 28), the Initial Case Management Conference scheduled for November 17, 2016, at 10:30 a.m., is CANCELLED, to be reset by separate Order, if necessary.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge