IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:16-0740 |
| | ) |
| v. | ) Judge Crenshaw/Frensley |
| | ) |
| GEOFFREY ROEBUCK and | ) |
| CATHY ROEBUCK, | ) **JURY DEMAND** |
| | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS**

Come Plaintiff's counsel, and give notice that the new address for her attorneys of record is:

> Autumn L. Gentry
> R. Cameron Caldwell
> Dickinson Wright PLLC
> 424 Church Street, Suite 800
> Nashville, Tennessee 37219

The telephone number, fax number, and e-mail address will remain the same.

Dated: September 8, 2017

    DICKINSON WRIGHT PLLC

    By: /s/ Autumn L. Gentry
        Autumn L. Gentry, #20766
        R. Cameron Caldwell, #29084
        424 Church Street, Suite 800
        Nashville, Tennessee 37219
        Phone: (615) 244-6538
        Fax: (615) 256-8386
        agentry@dickinsonwright.com
        ccaldwell@dickinson-wright.com
    Attorneys for Plaintiff Dina Capitani

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served, via email to the following:

>Geoffrey Roebuck
>geoffreyroebuck@yahoo.com
>
>Cathy Roebuck
>geoffreyroebuck@yahoo.com

Dated: September 8, 2017.

/s/ Autumn L. Gentry
Autumn L. Gentry

NASHVILLE 99997-1358 614210v1